**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tra'vion Marquis Hampton, Appellant.

Appellate Case No. 2021-001508

―――――――――――

Appeal From Lexington County
Debra R. McCaslin, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2024-UP-099
Submitted March 1, 2024 – Filed March 27, 2024

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Joanna Katherine Delany, of Columbia, and Tra'vion Marquis Hampton, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia; and Solicitor Samuel R. Hubbard, III, of Lexington, all for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.